| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  PR Brooklyn 34 LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  82-4890185

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4019 14th Avenue<br>Brooklyn, NY 11218 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kings<br>County | **Location of principal assets, if different from principal place of business**<br>1055 East 34th Street Brooklyn, NY 11210<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1

Debtor  PR Brooklyn 34 LLC                                        Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  1777 Homes LLC                     Relationship  Affiliate

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**             page 2

Debtor  PR Brooklyn 34 LLC  
       Name

Case number (*if known*) _____

District  Eastern New York    When  7/5/23    Case number, if known  23-42367-JMM

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000  
☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000  
☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000  
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion  
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion  
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion  
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion  
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | PR Brooklyn 34 LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 15, 2023
                  MM / DD / YYYY

**X** /s/ Yoel Perl                  Yoel Perl
Signature of authorized representative of debtor      Printed name

Title    Managing Member

**18. Signature of attorney**

**X** /s/ Kevin Nash               Date    November 15, 2023
Signature of attorney for debtor                     MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone                  Email address    knash@gwfglaw.com

NY
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                      Chapter 11

PR Brooklyn 34 LLC,                                              Case No.

                                            Debtor.
-------------------------------------------------------------x

## LIMITED LIABILITY COMPANY RESOLUTION

At a special meeting of members of PR Brooklyn 34 LLC (the "Company") held on November 15, 2023 and upon the unanimous consent of the members after motion duly made and carried, it was:

> **RESOLVED**, that the Company is authorized to execute and file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code and to cause the prosecution thereof; and it is further
>
> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing and prosecuting the Chapter 11 petition on its behalf.

Dated: New York, New York
         November 15, 2023

                                                    PR Brooklyn 34 LLC

                                            By: _____
                                                    Name: Yoel Perl
                                                    Title:   Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                           Chapter 11

PR Brooklyn 34 LLC,                                              Case No.

                          Debtor.
-----------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Yoel Perl declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am the sole member and manager of PR Brooklyn 34 LLC (the "Debtor"). I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 in support of the Debtor's filing of a voluntary petition under Chapter 11 of the Bankruptcy Code.

### Events Leading to the Chapter 11 Filing

2. The Debtor is the owner of certain residential development property acquired in 2018 located at 1055 East 34th Street, Brooklyn, NY (the "Property"). The property is subject to a first mortgage lien originally held by Sharestates Intercap Line LLC, which was consolidated on or about April 15, 2019 in the principal amount of $3,476,000. The mortgage matured on October 1, 2020 at the height of the Covid-19 restrictions.

3. The Property has been under construction, which was delayed by the intervening Covid-19 pandemic and the maturity of the mortgage loan.

4. A foreclosure action was commenced in the Supreme Court, Kings County, by the first mortgagee on or about May 12, 2021. A judgment of foreclosure and sale was entered on May 23, 2023 in the amount of $5,467,863.72. At some time thereafter, the mortgage and judgment were assigned to the current holder, US Trust Bank as Trustee (the "Current Lender"), and a sale of the Property has been scheduled by the Current Lender for November 16, 2023.

5.      The Debtor believes that the fair market value of the Property when stabilized should be close to the amount of the outstanding mortgage, and at least sufficient to pay the entire principal balance. The Debtor has devoted significant time and resources to the development and certainly does not want to see the Property forfeited thought foreclosure.

6.      The Debtor intends to raise financing to complete construction and formulate a plan of reorganization consistent with current market conditions that treats the Lender's claim in a fair and equitable manner.

## Assets and Capital Structure

7.      Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Debtor's Chapter 11 Petition.

8.      Pursuant to Local Rule 1007-4(a)(vi), a list of all of the Debtor's creditors is attached hereto.

9.      Pursuant to Local Rule 1007-4(a)(vii), the Debtor has one mortgage creditor, the Current Lender, as noted above. The pre-petition debt largely consists of mechanic's liens held by contractors.

10.     Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities will be set forth in bankruptcy schedules and statements to be filed within fourteen (14) days of the date hereof.

11.     Pursuant to Local Rule 1007-4(a)(ix), the membership interest in the Debtor is not publicly traded and is held by the undersigned as the 100% member.

12.     Pursuant to Local Rule 1007-4(a)(x), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

13. Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are located at my offices in Brooklyn, NY.

14. Pursuant to Local Rule 1007-4(a)(xiii), a list of all pending lawsuits is filed herewith.

15. Pursuant to Local Rule 1007-4(a)(xiv), I serve as the Manager of the Debtor without compensation.

16. Pursuant to Local Rule 1007-4(a)(xv), the Debtor has no current employees.

17. Pursuant to Local Rule 1007-4(a)(xvii), the Debtor does not anticipate any significant income or expenses in the next 90 days, except for the administrative costs of the Chapter 11 case, the funds for which will be contributed by me as capital.

Dated: New York, New York
       November 15, 2023

                        PR Brooklyn 34 LLC

By: _____
      Name: Yoel Perl
      Title:   Managing Member

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
---------------------------------------------------------------x  
In re:                                                                                    Chapter 11  

PR Brooklyn 34 LLC,                                                           Case No.  

                                            Debtor.  
---------------------------------------------------------------x  

## **LIST OF EQUITY HOLDERS**

                                Yoel Perl      100%

Dated:  New York, New York  
           November 15, 2023

                                  PR Brooklyn 34 LLC

                  By:    _____  
                             Name: Yoel Perl  
                             Title:   Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:  Chapter 11

PR Brooklyn 34 LLC,  Case No.

                            Debtor.
-------------------------------------------------------------x

## **LIST OF LAWSUITS**

1. U.S. Bank National Association as Trustee v. PR Brooklyn 34 LLC et al.
   Index No. 511216/2021
   Supreme Court, Kings County
   Foreclosure action

   Gregory J. Sanda, Esq.
   *Attorney for the Plaintiff*
   McMichael Taylor Gray, LLC
   3550 Engineering Drive; Suite 260
   Peachtree Corners, GA 30092

2. Pinnacle Solutions NY Corp v. PR Brooklyn 34 LLC et al.
   Index No. 525509/2022
   Supreme Court, Kings County
   Mechanic's Lien

   Dov Medinets, Esq.
   *Attorney for Plaintiff*
   Gutman Weiss, P.C.
   2276 Sixty-Fifth Street
   Brooklyn, N.Y. 11204

Dated: New York, New York
        November 15, 2023

                                      PR Brooklyn 34LLC

                          By: _____
                               Name: Yoel Perl
                               Title:   Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                          Chapter 11

PR Brooklyn 34 LLC,                                             Case No.

                                               Debtor.
---------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, PR Brooklyn 34 LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
        November 15, 2023

                                              PR Brookloyn 34 LLC

                                         By: _____
                                                 Name: Yoel Perl
                                                 Title:   Managing Member

D.B. Demolition Inc.
129 Louisiana Avenue
Brooklyn, NY 11207


Eastern Capital Group LLC
1407 Broadway 41st Floor
New York, NY 10018


Ideal Streel Supply Corp.
106-42 157th St
Jamaica, NY 11433


Internal Revenue Service
Centralized insolvency Operations
PO Box 7346
Philadelphia, PA 19101


J&J Abatement Corp.
144 N 7th Street
Brooklyn, NY 11249


Live Lion Security LLC
5014 16th Avenue
Brooklyn, NY 11219


MPI Plumbing Corp.
370 Myrtle Avenue 234
Brooklyn, NY 11205


Nakos NYC Construction LLC
2818 W 17th Street
Brooklyn, NY 11224


NYC Bureau of Highway Operations
40 Worth Street
New York, NY 10013


NYC Department of Law
Attn: Bernadette Brennan, Esq. 100 Churc
New York, NY 10007-2601


NYC Dep't of Finance
Legal Affairs 345 Adams St Fl 3
Brooklyn, NY 11201-3719


NYC Dept't of Taxation
Bankrutpcy/Special Procedure PO Box 5300
Albany, NY 12205-0300


NYS Attorney General
28 Liberty St
New York, NY 10005-1400


Park Avenue Building and Roofing
2120  Atlantic Avenue
Brooklyn, NY 11233

Pinnacle Solutions NY Corp.
543 Bedford Avenue
Brooklyn, NY 11211


Rent A Unit
543 Bedford Avenue #243
Brooklyn, NY 11211


Sharestates Inter Cap Line LLC
11 Middle Neck Road, Ste. 314
Great Neck, NY 11021


Total Tool Rental LTD
166 Nostrand Avenue
Brooklyn, NY 11205


Tri State Lumber
57 Milton St
Brooklyn, NY 11222


US Bank Trust as Trustee
c/o Gregory J. Sanda, Esq.
McMichael Taylor Gray, LLC 3550 Engineer
Peachtree Corners, GA 30092