**Fill in this information to identify the case:**

Debtor name __PR Brooklyn 34 LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION__

Case number (if known) __23-44187-JMM__

☒ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒  Amended *Schedule*    __A and F__
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 21, 2023__      X __/s/   Yoel Perl__
                                               Signature of individual signing on behalf of debtor

                                               __Yoel Perl__
                                               Printed name

                                               __Managing Member__
                                               Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PR Brooklyn 34 LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known) | 23-44187-JMM |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $ 2,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $ 2,000,000.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ 5,467,863.72

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ 1,775,371.00

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b    $ 7,243,234.72

| Fill in this information to identify the case: | |
|---|---|
| Debtor name   PR Brooklyn 34 LLC | |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION | |
| Case number (if known)   23-44187-JMM | ☒ Check if this is an amended filing |

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**    Current value of debtor's interest

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

| Debtor | PR Brooklyn 34 LLC | Case number *(If known)* 23-44187-JMM |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 1055 East 34th Street Brooklyn, NY | | $2,000,000.00 | Estimated "as is" value | $2,000,000.00 |

**56. Total of Part 9.** $2,000,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    PR Brooklyn 34 LLC                                    Case number *(If known)* 23-44187-JMM
          Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*..............................> | | $2,000,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $2,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,000,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PR Brooklyn 34 LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known) | 23-44187-JMM |

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>For notice purposes<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | Unknown | Unknown |
| 2.2 | Priority creditor's name and mailing address<br>NYC Dep't of Finance<br>Legal Affairs 345 Adams St Fl 3<br>Brooklyn, NY 11201-3719<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>For notice purposes<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | Unknown | Unknown |
| 2.3 | Priority creditor's name and mailing address<br>NYC Dept?t of Taxation<br>Bankrutpcy/Special Procedure PO<br>Box 5300<br>Albany, NY 12205-0300<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>For notice purposes<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | Unknown | Unknown |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

Debtor: PR Brooklyn 34 LLC  
Case number (if known): 23-44187-JMM

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address  
D.B. Demolition Inc.  
129 Louisiana Avenue  
Brooklyn, NY 11207  
Date(s) debt was incurred __  
Last 4 digits of account number __  
As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☒ Unliquidated  
☒ Disputed  
Basis for the claim: Mechanic's Lien  
Is the claim subject to offset? ☒ No ☐ Yes  
$10,155.00

**3.2** Nonpriority creditor's name and mailing address  
Eastern Capital Group LLC  
1407 Broadway 41st Floor  
New York, NY 10018  
Date(s) debt was incurred __  
Last 4 digits of account number __  
As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☒ Unliquidated  
☒ Disputed  
Basis for the claim: Mechanic's Lien  
Is the claim subject to offset? ☒ No ☐ Yes  
$1,490,000.00

**3.3** Nonpriority creditor's name and mailing address  
Ideal Streel Supply Corp.  
106-42 157th St  
Jamaica, NY 11433  
Date(s) debt was incurred __  
Last 4 digits of account number __  
As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☒ Unliquidated  
☒ Disputed  
Basis for the claim: Mechanic's Lien  
Is the claim subject to offset? ☒ No ☐ Yes  
$9,848.00

**3.4** Nonpriority creditor's name and mailing address  
J&J Abatement Corp.  
144 N 7th Street  
Brooklyn, NY 11249  
Date(s) debt was incurred __  
Last 4 digits of account number __  
As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☒ Unliquidated  
☒ Disputed  
Basis for the claim: Mechanic's Lien  
Is the claim subject to offset? ☒ No ☐ Yes  
$22,000.00

**3.5** Nonpriority creditor's name and mailing address  
Live Lion Security LLC  
5014 16th Avenue  
Brooklyn, NY 11219  
Date(s) debt was incurred __  
Last 4 digits of account number __  
As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☒ Unliquidated  
☒ Disputed  
Basis for the claim: Mechanic's Lien  
Is the claim subject to offset? ☒ No ☐ Yes  
$29,749.00

**3.6** Nonpriority creditor's name and mailing address  
MPI Plumbing Corp.  
370 Myrtle Avenue 234  
Brooklyn, NY 11205  
Date(s) debt was incurred __  
Last 4 digits of account number __  
As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☒ Unliquidated  
☒ Disputed  
Basis for the claim: Mechanic's Lien  
Is the claim subject to offset? ☒ No ☐ Yes  
$123,750.00

**3.7** Nonpriority creditor's name and mailing address  
Nakos NYC Construction LLC  
2818 W 17th Street  
Brooklyn, NY 11224  
Date(s) debt was incurred __  
Last 4 digits of account number __  
As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☒ Unliquidated  
☒ Disputed  
Basis for the claim: Mechanic's Lien  
Is the claim subject to offset? ☒ No ☐ Yes  
$35,000.00

**3.8** Nonpriority creditor's name and mailing address  
NYC Bureau of Highway Operations  
40 Worth Street  
New York, NY 10013  
Date(s) debt was incurred __  
Last 4 digits of account number __  
As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☒ Unliquidated  
☒ Disputed  
Basis for the claim: Mechanic's Lien  
Is the claim subject to offset? ☒ No ☐ Yes  
Unknown

| Debtor | PR Brooklyn 34 LLC | Case number (if known) | 23-44187-JMM |
|---|---|---|---|
| | Name | | |

---

**3.9** **Nonpriority creditor's name and mailing address**
Park Avenue Building and Roofing
2120   Atlantic Avenue
Brooklyn, NY 11233

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**$6,970.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Mechanic's Lien
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Pinnacle Solutions NY Corp.
543 Bedford Avenue
Brooklyn, NY 11211

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**$23,500.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Mechanic's Lien
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
Rent A Unit
543 Bedford Avenue #243
Brooklyn, NY 11211

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**$3,942.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Mechanic's Lien
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
Sharestates Inter Cap Line LLC
11 Middle Neck Road, Ste. 314
Great Neck, NY 11021

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number  lder

Basis for the claim: For notice purposes
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
Total Tool Rental LTD
166 Nostrand Avenue
Brooklyn, NY 11205

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**$5,018.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Mechanic's Lien
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
Tri State Lumber
57 Milton St
Brooklyn, NY 11222

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**$15,439.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Mechanic's Lien
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq. 100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line  2.2<br>☐ Not listed. Explain ____ | _ |
| 4.2 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line  2.3<br>☐ Not listed. Explain ____ | _ |

---

Debtor   PR Brooklyn 34 LLC  
         Name

Case number (if known)   23-44187-JMM

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (If any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,775,371.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 1,775,371.00 |