UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| PR Brooklyn 34 LLC, | Case No.: 23-44187-JMM |
| Debtor. | |

-------------------------------------------------------

### ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE

Upon consideration of the Motion for an Order Dismissing Chapter 11 Case [ECF No. 21] filed by U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of HOF I Grantor Trust 5, as a secured creditor and party in interest pursuant to 11 U.S.C. §1112(b); and a hearing having been held on notice before the Court on April 10, 2024, and no objections having been raised; and good cause having been shown, it is:

**ORDERED**, that the Motion to Dismiss is granted and that the Debtor's chapter 11 case is dismissed.



Dated: April 22, 2024
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge