| Information to identify the case: | | |
|---|---|---|
| Debtor: PR Brooklyn 34 LLC (Name) | EIN: 82–4890185 | |
| United States Bankruptcy Court Eastern District of New York | Date case filed for chapter: | 11   11/15/23 |
| Case number: 1–23–44187–jmm | | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on November 15, 2023, and an order having been signed by the Honorable Jil Mazer−Marino, United States Bankruptcy Judge, on April 22, 2024 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: April 22, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]