# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 4/22/2024 |
| Case: 1−23−44187−jmm | Form ID: 227 | Total: 54 |

**Recipients of Notice of Electronic Filing:**
aty     J Ted Donovan     Tdonovan@gwfglaw.com
aty     Kevin J Nash      knash@gwfglaw.com

                                                  TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           PR Brooklyn 34 LLC          4019 14th Avenue        Brooklyn, NY 11218
smg          United States of America         Secretary of the Treasury         15th Street & Pennsylvania Ave. NW        Washington, DC 20220
smg          NYS Unemployment Insurance         Attn: Insolvency Unit         Bldg. #12, Room 256         Albany, NY 12240
smg          NYS Department of Taxation & Finance         Bankruptcy Unit         PO Box 5300         Albany, NY 12205
smg          Internal Revenue Service         PO Box 7346         Philadelphia, PA 19101−7346
smg          NYC Department of Finance         345 Adams Street         Office of Legal Affairs         Brooklyn, NY 11201−3719
smg          Office of the United States Trustee         Eastern District of NY (Brooklyn)         Alexander Hamilton Custom House         One Bowling Green, Room 510         New York, NY 10004−1408
10267861     D.B. Demolition Inc.         129 Louisiana Avenue         Brooklyn, NY 11207
10267885     D.B. Demolition Inc.         129 Louisiana Avenue         Brooklyn, NY 11207
10267862     Eastern Capital Group LLC         1407 Broadway 41st Floor         New York, NY 10018
10267886     Eastern Capital Group LLC         1407 Broadway 41st Floor         New York, NY 10018
10267863     Ideal Streel Supply Corp.         106−42 157th St         Jamaica, NY 11433
10267887     Ideal Streel Supply Corp.         106−42 157th St         Jamaica, NY 11433
10267864     Internal Revenue Service         Centralized insolvency Operations         PO Box 7346         Philadelphia, PA 19101
10267888     Internal Revenue Service         Centralized insolvency Operations         PO Box 7346         Philadelphia, PA 19101
10267865     J&J Abatement Corp.         144 N 7th Street         Brooklyn, NY 11249
10267889     J&J Abatement Corp.         144 N 7th Street         Brooklyn, NY 11249
10267866     Live Lion Security LLC         5014 16th Avenue         Brooklyn, NY 11219
10267890     Live Lion Security LLC         5014 16th Avenue         Brooklyn, NY 11219
10267867     MPI Plumbing Corp.         370 Myrtle Avenue 234         Brooklyn, NY 11205
10267891     MPI Plumbing Corp.         370 Myrtle Avenue 234         Brooklyn, NY 11205
10267869     NYC Bureau of Highway Operations         40 Worth Street         New York, NY 10013
10267893     NYC Bureau of Highway Operations         40 Worth Street         New York, NY 10013
10267895     NYC Dep't of Finance         Legal Affairs         345 Adams St Fl 3         Brooklyn, NY 11201−3719
10267871     NYC Dep't of Finance         Legal Affairs 345 Adams St Fl 3         Brooklyn, NY 11201−3719
10267894     NYC Department of Law         Attn: Bernadette Brennan, Esq.         100 Church Street         New York, NY 10007−2601
10267870     NYC Department of Law         Attn: Bernadette Brennan, Esq. 100 Churc         New York, NY 10007−2601
10267896     NYC Dept of Taxation         Bankruptcy/Special Procedure         PO Box 5300         Albany, NY 12205−0300
10267872     NYC Deptt of Taxation         Bankrutpcy/Special Procedure PO Box 5300         Albany, NY 12205−0300
10305345     NYC Water Board         Richard J Costa         Senior Counsel – Bureau of Legal Affairs         59−17 Junction Blvd, 13th Fl         Elmhurst, NY 11373−5108
10267873     NYS Attorney General         28 Liberty St         New York, NY 10005−1400
10267897     NYS Attorney General         28 Liberty St         New York, NY 10005−1400
10267868     Nakos NYC Construction LLC         2818 W 17th Street         Brooklyn, NY 11224
10267892     Nakos NYC Construction LLC         2818 W 17th Street         Brooklyn, NY 11224
10311071     New York City Dept of Finance         Office of Legal Affairs         Collections Unit−RPT Taxes         375 Pearl Street, 30th fl         New York, NY 10038
10268108     PR Brooklyn 34 LLC         45 N Station Plaza Suite 400         Great Neck, NY 11021
10267874     Park Avenue Building and Roofing         2120 Atlantic Avenue         Brooklyn, NY 11233
10267898     Park Avenue Building and Roofing         2120 Atlantic Avenue         Brooklyn, NY 11233
10267875     Pinnacle Solutions NY Corp.         543 Bedford Avenue         Brooklyn, NY 11211
10267899     Pinnacle Solutions NY Corp.         543 Bedford Avenue         Brooklyn, NY 11211
10267876     Rent A Unit         543 Bedford Avenue #243         Brooklyn, NY 11211
10267900     Rent A Unit         543 Bedford Avenue #243         Brooklyn, NY 11211
10267877     Sharestates Inter Cap Line LLC         11 Middle Neck Road, Ste. 314         Great Neck, NY 11021
10267901     Sharestates Inter Cap Line LLC         11 Middle Neck Road, Ste. 314         Great Neck, NY 11021
10267878     Total Tool Rental LTD         166 Nostrand Avenue         Brooklyn, NY 11205
10267902     Total Tool Rental LTD         166 Nostrand Avenue         Brooklyn, NY 11205
10267879     Tri State Lumber         57 Milton St         Brooklyn, NY 11222
10267903     Tri State Lumber         57 Milton St         Brooklyn, NY 11222
10268741     U.S. Bank Trust National Association         c/o McMichael Taylor Gray, LLC         3550 Engineering Drive, Suite 260         Peachtree Corners, GA 30092
10310544     U.S. Bank Trust National Association c/o         Sharestates Investments LLC         45 N Station Plaza Suite 400         Great Neck NY 11021
10267904     US Bank Trust as Trustee         c/o Gregory J. Sanda, Esq.         McMichael Taylor Gray, LLC         3550 Engineer         Peachtree Corners, GA 30092

10267880  US Bank Trust as Trustee    c/o Gregory J. Sanda, Esq.    McMichael Taylor Gray, LLC 3550 Engineer    Peachtree Corners, GA 30092

TOTAL: 52